# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re
**Mack Miller Andrews, Jr.**
**Lisa Michelle Andrews**

Debtor(s).

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **April 2, 2016**

**/s/ Mack Miller Andrews, Jr.**
Debtor's Signature

DATED: **April 2, 2016**

**/s/ Lisa Michelle Andrews**
Joint Debtor's (if any) Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Modesto Division**
**Mailing Address:**
**501 I Street, Suite 3-200**
**Sacramento, CA 95814**

**Physical Address:**
**1200 I Street, Suite 4**
**Modesto, CA 95354**

**Fresno Division**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Mack Miller Andrews, Jr. and Lisa Michelle Andrews

Aargon Collection Agen
8668 Spring Mountain Rd
Las Vegas, NV 89117

Afni
Po Box 3097
Bloomington, IL 61702

Afni, Inc.
PO Box 3097
Bloomington, IL 61702

American Medical Response
50 South Main Street, Ste. 401
Akron, OH 44308

Ashgrove Place
3250 Laurelhurst Dr.
Rancho Cordova, CA 95670

Beaver Medical Group
c/o Designed Billing Solutions
1 Centerpointe Dr. Ste. 450
La Palma, CA 90623

Bonnie Humpal
9633 Ridgerock Dr.
Elk Grove, CA 95624

CA Emer Phys Med Grp
PO Box 582663
Modesto, CA 95358

Caine & Weiner
Po Box 5010
Woodland Hills, CA 91365

California Business Bu
1711 S Mountain Ave
Monrovia, CA 91016

Capital One
PO Box 30285
Salt Lake City, UT 84130

Chase Mtg
Po Box 24696
Columbus, OH 43224

Check 'n Go
Attn: Installment Laon Payments
100 Commercial Drive
Fairfield, OH 45014

City of Los Angeles  
PO Box 30420  
Los Angeles, CA 90030  

Cmre. 877-572-7555  
3075 E Imperial Hwy Ste  
Brea, CA 92821  

Coll Div/San Bern Cnty  
157 W 5th St Fl 2  
San Bernardino, CA 92415  

Designed Receivable So  
1 Centerpointe Dr Ste 45  
La Palma, CA 90623  

Dish Network  
PO Box 9033  
Littleton, CO 80160  

Fed Loan Serv  
Po Box 60610  
Harrisburg, PA 17106  

Fidelity Creditor Serv  
441 N Varney St  
Burbank, CA 91502  

GC Services, LP  
6330 Gulfton  
Houston, TX 77081  

Greystar  
PO Box 2706  
Lynnwood, WA 98036  

Kia Motors Finance  
4000 Macarthur Blvd Ste  
Newport Beach, CA 92660  

LAPFCU  
16150 Sherman Way  
Van Nuys, CA 91406  

LoanME  
PO Box 5645  
Orange, CA 92863  

Loanme Inc  
1 City Blvd W Ste 900  
Orange, CA 92868  

Los Angeles Police Fcu  
16150 Sherman Way  
Van Nuys, CA 91406

Marlene Andrews-Scott
PO Box 33633
Fort Worth, TX 76162

Mercantile Adjustment Bureau, LLC
PO BOX 9055
Buffalo, NY 14231-9055

Metro Rep Comm Svc Inc
Po Box 1357
Corona, CA 92878

Money Mart
6510 Florin Rd.
Sacramento, CA 95828

NCB Management Services, Inc
PO Box 1099
Langhorne, PA 19047

Paul Blanco Good Car Company
2200 Fulton Ave
Sacramento, CA 95825

Pinnacle Credit Servic
Po Box 640
Hopkins, MN 55343

Pinnacle Credit Services, LLC
c/o Stephens & Micahaels Assoc. Inc.
7 Stiles rd.
Salem, NH 03079

Recovery Management Solutions
PO Box 182
Buffalo, NY 14224

Sallie Mae
300 Continental Dr
Newark, DE 19713

So Calif Edison Compan
2131 Walnut Grove Ave
Rosemead, CA 91770

Source Receivables Mng
4615 Dundas Dr Ste 102
Greensboro, NC 27407

Southwest Credit Syste
4120 International Pkwy
Carrollton, TX 75007

Speedy Cash
PO Box 780408
Wichita, KS 67278

Sutter Roseville Medical Center
Attn.officer
Po Box 745877
Los Angeles, CA 90074

Top Finance Company In
9121 Oakdale Ave Ste 105
Chatsworth, CA 91311

University Of Phoenix
4615 E Elwood St Fl 3
Phoenix, AZ 85040

Valley Creditors Svs
Po Box 5759
La Quinta, CA 92248