```
                         United States Bankruptcy Court
                          Eastern District of California

In re:                                                    Case No. 16-22115-D
Mack Miller Andrews                                       Chapter 7
Lisa Michelle Andrews
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0972-2         User: admin              Page 1 of 2      Date Rcvd: Apr 05, 2016
                             Form ID: 309A            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2016.
db/jdb         +Mack Miller Andrews, Jr.,    Lisa Michelle Andrews,    9633 Ridgerock Dr.,
                 Elk Grove, CA 95624-4461
aty            +Justin K. Kuney,    1540 River Park Dr., #114A,   Sacramento, CA 95815-4622
21773537       +American Medical Response,    50 South Main Street Ste 401,    Akron OH 44308-1829
21773538       +Ashgrove Place,    3250 Laurelhurst Dr,   Rancho Cordova CA 95670-5856
21773539       +Beaver Medical Group,    c o Designed Billing Solutions,    1 Centerpointe Dr Ste 450,
                 La Palma CA 90623-1089
21773540       +Bonnie Humpal,    9633 Ridgerock Dr,   Elk Grove CA 95624-4461
21773541       +CA Emer Phys Med Grp,    PO Box 582663,   Modesto CA 95358-0070
21773542       +Caine Weiner,    Po Box 5010,   Woodland Hills CA 91365-5010
21773543       +California Business Bu,    1711 S Mountain Ave,   Monrovia CA 91016-4256
21773545       +Chase Mtg,    Po Box 24696,   Columbus OH 43224-0696
21773546       +Check n Go,    Attn Installment Laon Payments,   100 Commercial Drive,    Fairfield OH 45014-5556
21773547       +City of Los Angeles,    PO Box 30420,   Los Angeles CA 90030-0420
21773548       +Cmre 877-572-7555,    3075 E Imperial Hwy Ste,   Brea CA 92821-6733
21773549       +Coll Div San Bern Cnty,    157 W 5th St Fl 2,   San Bernardino CA 92415-0225
21773550       +Designed Receivable So,    1 Centerpointe Dr Ste 45,   La Palma CA 90623-1052
21773552       +Fed Loan Serv,    Po Box 60610,   Harrisburg PA 17106-0610
21773553       +Fidelity Creditor Serv,    441 N Varney St,   Burbank CA 91502-1733
21773554       +GC Services LP,    6330 Gulfton,   Houston TX 77081-1198
21773555       +Greystar,   PO Box 2706,    Lynnwood WA 98036-2706
21773556       +Kia Motors Finance,    4000 Macarthur Blvd Ste,   Newport Beach CA 92660-2558
21773558       +LoanME,   PO Box 5645,    Orange CA 92863-5645
21773559       +Loanme Inc,    1 City Blvd W Ste 900,   Orange CA 92868-3654
21773563      ++METRO REPUBLIC COMMERCIAL SERVICE INC,    1751 3RD STREET,    SUITE 102,   NORCO CA 92860-2670
                 (address filed with court:   Metro Rep Comm Svc Inc,    Po Box 1357,   Corona CA 92878)
21773561       +Marlene Andrews-Scott,    PO Box 33633,   Fort Worth TX 76162-3633
21773562        Mercantile Adjustment Bureau LLC,    PO BOX 9055,   Buffalo NY 14231-9055
21773564       +Money Mart,    6510 Florin Rd,   Sacramento CA 95828-2807
21773565       +NCB Management Services Inc,    PO Box 1099,   Langhorne PA 19047-6099
21773566      #+Paul Blanco Good Car Company,    2200 Fulton Ave,   Sacramento CA 95825-0345
21773567       +Pinnacle Credit Servic,    Po Box 640,   Hopkins MN 55343-0640
21773568       +Pinnacle Credit Services LLC,    c o Stephens Micahaels Assoc Inc,    7 Stiles rd,
                 Salem NH 03079-4881
21773569       +Recovery Management Solutions,    PO Box 182,   Buffalo NY 14224-0182
21773570       +Sallie Mae,    300 Continental Dr,   Newark DE 19713-4322
21773571       +So Calif Edison Compan,    2131 Walnut Grove Ave,   Rosemead CA 91770-3769
21773575       +Sutter Roseville Medical Center,    Attn officer,   Po Box 745877,    Los Angeles CA 90074-5877
21773576       +Top Finance Company In,    9121 Oakdale Ave Ste 105,   Chatsworth CA 91311-6517
21773578       +Valley Creditors Svs,    Po Box 5759,   La Quinta CA 92248-5759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QASFUKUSHIMA.COM Apr 06 2016 01:53:00      Alan S. Fukushima,    5050 Laguna Blvd #112-580,
                 Elk Grove, CA 95758-4151
smg             EDI: EDD.COM Apr 06 2016 01:53:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,   Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Apr 06 2016 01:53:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA 95812-2952
21773534       +EDI: AARGON.COM Apr 06 2016 01:53:00      Aargon Collection Agen,    8668 Spring Mountain Rd,
                 Las Vegas NV 89117-4132
21773535       +EDI: AFNIRECOVERY.COM Apr 06 2016 01:53:00      Afni,    Po Box 3097,   Bloomington IL 61702-3097
21773544       +EDI: CAPITALONE.COM Apr 06 2016 01:53:00      Capital One,    PO Box 30285,
                 Salt Lake City UT 84130-0285
21773551       +EDI: ESSL.COM Apr 06 2016 01:53:00      Dish Network,    PO Box 9033,   Littleton CO 80160-9033
21773557       +E-mail/Text: bankruptcy@lapfcu.org Apr 06 2016 01:53:37      LAPFCU,    16150 Sherman Way,
                 Van Nuys CA 91406-3956
21773560       +E-mail/Text: bankruptcy@lapfcu.org Apr 06 2016 01:53:37      Los Angeles Police Fcu,
                 16150 Sherman Way,    Van Nuys CA 91406-3938
21773570       +EDI: SALLIEMAEBANK.COM Apr 06 2016 01:53:00      Sallie Mae,    300 Continental Dr,
                 Newark DE 19713-4322
21773572       +E-mail/Text: clientservices@sourcerm.com Apr 06 2016 01:53:41       Source Receivables Mng,
                 4615 Dundas Dr Ste 102,    Greensboro NC 27407-1761
21773573       +EDI: SWCR.COM Apr 06 2016 01:53:00      Southwest Credit Syste,    4120 International Pkwy,
                 Carrollton TX 75007-1958
21773573       +E-mail/Text: bankruptcy@sw-credit.com Apr 06 2016 01:53:17       Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton TX 75007-1958
21773574       +E-mail/Text: bankruptcy@speedyinc.com Apr 06 2016 01:53:06       Speedy Cash,    PO Box 780408,
                 Wichita KS 67278-0408
21773577       +E-mail/Text: External.Collections@phoenix.edu Apr 06 2016 01:53:46       University Of Phoenix,
                 4615 E Elwood St Fl 3,    Phoenix AZ 85040-1908
                                                                                               TOTAL: 15
```

```
District/off: 0972-2              User: admin                Page 2 of 2                  Date Rcvd: Apr 05, 2016
                                  Form ID: 309A              Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21773536*        +Afni Inc,    PO Box 3097,    Bloomington IL 61702-3097
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2016 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mack Miller Andrews Jr.** | Social Security number or ITIN | **xxx–xx–6180** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Lisa Michelle Andrews** | Social Security number or ITIN | **xxx–xx–7523** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of California** | Date case filed for chapter 7: | **4/2/16** |
| Case number: | **16–22115 – D – 7** | | |

12/15

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Mack Miller Andrews Jr. | Lisa Michelle Andrews |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9633 Ridgerock Dr.<br>Elk Grove, CA 95624 | 9633 Ridgerock Dr.<br>Elk Grove, CA 95624 |
| 4. | **Debtor's attorney**<br>Name and address | Justin K. Kuney<br>1540 River Park Dr., #114A<br>Sacramento, CA 95815 | Contact phone: 916–550–5030 |
| 5. | **Bankruptcy trustee**<br>Name and address | Alan S. Fukushima<br>5050 Laguna Blvd #112–580<br>Elk Grove, CA 95758 | Contact phone: 916–385–5967 |

**For more information, see page 2 >**

Debtor: **Mack Miller Andrews Jr.** and **Lisa Michelle Andrews**     Case number: **16–22115 – D – 7**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br><br>Phone: (916) 930–4400<br><br>Date: 4/5/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 11, 2016 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**Robert T Matsui United States Courthouse, 501 I Street, Room 7–B, 7th Floor, Sacramento, CA**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/11/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |